# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MW62 | 9225340 | MATT DAVIS | 1727 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/29/2023 07/30

Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36CFR 2.32(a)(1)

Place of Offense: UPPER Hurricane Camp Ground site #3 NP23281767 HAZMAT ☐

Offense Description: Factual Basis for Charge:
Interfering with Agency functions
Interference with Government Employee

### DEFENDANT INFORMATION

Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| PIERCE | CHAD | M |

City: 
State: 
Zip Code: 
Date of Birth: 

Drivers License No.: 
CDL ☐  D.L. State: 
Social Security No.: 

Height: 6'02
Weight: 150

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| EMV 4177 | MI | | SUBARU | | Black |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Mandatory
PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 200 WEST WASHINGTON STREET Marquette MI 49855

Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9225340*

CVB SCAN 09/20/2023 15:33

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Violation No. Loc. Code **M62**
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on August 29, 2023, at about 11:38 hrs., while exercising my duties as a law enforcement officer in the Western District of Michigan, I US Park Ranger Matthew B. Davis responded to a complaint at Hurricane River Campground Upper Loop Site # 3. A white male later identified as Chad Michael PIERCE, had earlier in the day, put his hands on custodial worker Anthony Stevens. Stevens had tried to talk to PIERCE about a pop-up tent on his site. PIERCE put his hand on Stevens and became confrontational.

Later when I went to the site and tried to follow up with PIERCE. Mr. PIERCE became confrontational and refused to be identified. At that time decided it was best to return later with other officers.

The next day Chief Ranger Joe Hughes, Ranger Ben Short and myself returned to the site to issue this violation to have PIERCE leave the campground. PIERCE again began arguing with Chief Hughes and refused to follow his verbal commands.

Since PIERCE put hand on an employee-refusing to be identified and failing to comply with verbal commands from Chief Hughes. I issued this Mandatory Violation notice for 36 CFR 2.32 (a) (1) Interfering with Agency Functions, Interfering with Government Employee.

VN# 9225340
IMARS NP23281707

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___Aug 29, 2023___  _____[signature]_____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge